Case 1:12-cr-00161-CG-B   Document 177   Filed 05/18/15   Page 1 of 1

AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

United States of America
v.
JAKEITH TERRELL CAMPBELL

Case No: 12-00161-002
USM No: 12788-003

Date of Original Judgment: 11-14-2013
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 50 months **is reduced to** 41 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The defendant received sentences of 60 months on Count Four and 300 months on Count Seven, each consecutive to the sentence on Count One and to each other. Amendment 782 has no effect on the sentences imposed on Counts Four and Seven.

Except as otherwise provided, all provisions of the judgment dated 11-14-2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05-18-2015

Callie V.S. Granade
U.S. District Judge

*Judge's signature*

Effective Date: 11-01-2015
*(if different from order date)*

United States District Judge
*Printed name and title*