# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAKEITH TERRELL CAMPBELL, #12788-003, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CRIMINAL NO. 12-00161-CG-B ) CIVIL ACTION NO. 14-00591-CG |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

**DONE and ORDERED** this 11th day of October, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE