# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAKEITH TERRELL CAMPBELL, #12788-003, ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) ) | CRIMINAL NO. 12-00161-CG-B<br>CIVIL ACTION NO. 14-00591-CG |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that the Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 164) is **DENIED**. Accordingly, this action is **DISMISSED**, and **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner, Jakeith Terrell Campbell.

The Court further finds that Petitioner is not entitled to issuance of a Certificate of Appealability, and therefore, is not entitled to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 11th day of October, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE